Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorney for Plaintiff,
Jose Trujillo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>    Plaintiff,<br><br>  vs.<br><br>DANN'S DISCOUNT AUTO SALES, INC.<br>dba DANN'S DISCOUNT AUTO SALES;<br>P.W. HOLDINGS, LLC;<br><br>    Defendants. | No. 1:17-cv-00065-SAB<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

1　　**IT IS HEREBY STIPULATED** by and between Plaintiff Jose Trujillo and
2　Defendants, Dann's Discount Auto Sales, Inc. dba Dann's Discount Auto Sales; and P.W.
3　Holdings, LLC, the parties to this action, that pursuant to Federal Rule of Civil Procedure
4　41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each
5　party is to bear its own attorneys' fees and costs.

7　Dated: May 16, 2017　　　　　　　　　　MISSION LAW FIRM, A.P.C.

9　　　　　　　　　　　　　　　　　　　　　*/s/ Zachary M. Best*
　　　　　　　　　　　　　　　　　　　　　 Zachary M. Best
10　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　　　　Jose Trujillo

12　Dated: May 16, 2017　　　　　　　　　　McKAGUE | ROSASCO LLP

14　　　　　　　　　　　　　　　　　　　　*/s/ Erica L. Rosasco*
15　　　　　　　　　　　　　　　　　　　　Erica L. Rosasco
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants,
16　　　　　　　　　　　　　　　　　　　　Dann's Discount Auto Sales, Inc.
　　　　　　　　　　　　　　　　　　　　　dba Dann's Discount Auto Sales;
17　　　　　　　　　　　　　　　　　　　　and P.W. Holdings, LLC